In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICAL DISTRICT.— HON. GEORGE F. BODINE, of Rochester, is appointed a member of the committee in place of EUGENE J. DWYER, Esq., deceased. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE FIFTH JUDICIAL DISTRICT.— ALLAN J. FLATTERY, ESQ., of Syracuse, is appointed a member of the committee in place of LOUIS L. WATERS, ESQ., deceased. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.